HIRSCHKOWITZ, Respondent, v. ROSEN-KRANTZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Rosie Hirschkowitz against Davis Rosenkrantz.

PER CURIAM. It would be difficult to conceive of a case of more unreasonable neglect on the part of the plaintiff herself and of her attorney to prosecute than appeared here. Meyer v. Crimmins, 135 App. Div. 911, 120 N. Y. Supp. 353. The plaintiff has by no means successfully explained that delay. Therefore the order appealed from is reversed, with $10 costs and disbursements, and the motion to open the default and set aside the judgment is denied, with $10 costs.

HOBBIS, Appellant, v. CURTIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Thomas Hobbis, as ancillary administrator of Charles E. Hill, deceased, against George M. Curtis and another.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Interlocutory judgment affirmed, with costs.

HOFFMAN v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by David Hoffman against the New York Railways Company. No opinion. Application denied with $10 costs. Order signed. See, also, 147 N. Y. Supp. 900, 84 Misc. Rep. 637.

HOLBROOK, Appellant, v. MUTUAL LIFE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Edward Holbrook against the Mutual Life Insurance Company of New York. R. C. Beatty, of New York City, for appellant. M. Downs, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

HOLLARAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Mary C. Hollaran, as administratrix, against the City of New York. No opinion. Motion denied. See, also, 153 N. Y. Supp. 447.

HOROVITZ, Appellant, v. LACK, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Morris R. Horovitz against Joseph J. Lack. No opinion. Judgment and order of the County Court of Kings County modified, by striking out the extra allowance, and, as so modified, affirmed, without costs.

HOWARD, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by James W. Howard against the City of New York. A. W. Palmer, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HOWELL'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) In the matter of proving the last will and testament of Cora Howell, deceased.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs. Held that, under section 2759 of the Code of Civil Procedure, it was necessary for the appellant to give and file an undertaking, and, not having done so, or made out any case to relieve from his default, the motion to dismiss the appeal should be granted.

HUNT, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Caroline Hunt against Leo Miller, by guardian, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HUNTER, Respondent, v. RAMSAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Carrie R. Hunter against Grace S. Ramsay, individually and as administratrix. No opinion. Motion granted, and order signed. See, also, 153 N. Y. Supp. 408, 410.

HURLBUT v. CONNOLLY, Borough President, et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) In the matter of the application of Francis L. Hurlbut for a peremptory writ of mandamus against Maurice E. Connolly, as President of the Borough of Queens, and another. No opinion. Order (88 Misc. Rep. 679, 152 N. Y. Supp. 426) affirmed, with $10 costs and disbursements, with leave, however, to the relator to renew his motion at Special Term, upon proof that his salary had actually been fixed by the board of aldermen at $2,100.

HURLBUT et al. v. STEELE et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Mary H. Hurlbut and others against Lida K. Steele and others, in which Harry Wiggins appeals. J. Taylor, of Brooklyn, for appellant. W. L. Bunnell, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, without prejudice to any of the proceedings heretofore had herein. Order filed.

IGNATOWITZ, Appellant, v. WERBELOVSKY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Daniel Ignatowitz against Benjamin Werbelovsky and another. A. Hut-